JUDGE CAPRONI

# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: 19CV7954

DATE FILED: AUG 2 6 2019

SIGNED BY: JUDGE WOODS

DATE SIGNED: AUG 2 6 2019

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__✓__ COMPLAINT / PETITION ONLY

__✓__ OTHER DOCUMENTS / EXHIBITS