UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DXC TECHNOLOGY COMPANY,<br><br>Petitioner,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Respondent. | 19-cv-7954 (VEC)<br><br>**NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD** |

**PLEASE TAKE NOTICE** that upon the attached Petition to Confirm Arbitration Award, the Declaration of Adam B. Shamah and its accompanying exhibits, and the separately bound Petitioner's Memorandum of Law in Support of Petition to Confirm Arbitration Award, Petitioner DXC Technology Company ("DXC"), by and through its attorneys, Latham & Watkins LLP, hereby petitions this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an order and judgment pursuant to Title 9, Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, confirming and entering judgment on the final arbitration award rendered in the arbitration captioned *DXC Technology Company v. Hewlett Packard Enterprise Company*, CPR File No. G-18-28-G-AA, and providing any and all other further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposing papers, if any, must be served upon the undersigned fourteen (14) days from service hereof.

Dated: August 26, 2019
      New York, New York

                                Respectfully submitted,

                                LATHAM & WATKINS LLP

                                */s/ Jamie Wine*

                                Jamie L. Wine
                                Douglas K. Yatter
                                Kuan Huang
                                Adam B. Shamah
                                LATHAM & WATKINS LLP
                                885 Third Avenue
                                New York, New York 10022
                                jamie.wine@lw.com
                                douglas.yatter@lw.com
                                kuan.huang@lw.com
                                adam.shamah@lw.com

                                Abid R. Qureshi (*pro hac vice* forthcoming)
                                LATHAM & WATKINS LLP
                                555 Eleventh Street, NW, Suite 1000
                                Washington, D.C. 20004-1304
                                abid.qureshi@lw.com

                                Hilary H. Mattis (*pro hac vice* forthcoming)
                                LATHAM & WATKINS LLP
                                140 Scott Drive
                                Menlo Park, CA 94025
                                hilary.mattis@lw.com

                                *Attorneys for Petitioner*
                                *DXC Technology Company*