UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DXC TECHNOLOGY COMPANY,<br><br>          Petitioner,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>          Respondent | 19-cv-7954 (VEC)<br><br>**RULE 7.1 STATEMENT OF**<br>**DXC TECHNOLOGY COMPANY** |

  Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for DXC Technology Company ("DXC"), a public, non-governmental party in the above-captioned action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public, and that no publicly traded corporations own 10% or more of DXC's stock.

Dated: August 26, 2019
New York, New York

        Respectfully submitted,

        LATHAM & WATKINS LLP

        */s/ Jamie Wine*

        Jamie L. Wine
        Douglas K. Yatter
        Kuan Huang
        Adam B. Shamah
        LATHAM & WATKINS LLP
        885 Third Avenue
        New York, New York 10022
        jamie.wine@lw.com
        douglas.yatter@lw.com
        kuan.huang@lw.com
        adam.shamah@lw.com

        Abid R. Qureshi (*pro hac vice* forthcoming)
        LATHAM & WATKINS LLP
        555 Eleventh Street, NW, Suite 1000
        Washington, D.C. 20004-1304
        abid.qureshi@lw.com

        Hilary H. Mattis (*pro hac vice* forthcoming)
        LATHAM & WATKINS LLP
        140 Scott Drive
        Menlo Park, CA 94025
        hilary.mattis@lw.com

        *Attorneys for Petitioner*
        *DXC Technology Company*