UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DXC TECHNOLOGY COMPANY,<br><br>    Petitioner,<br><br>  v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>    Respondent. | 19-cv-7954 (VEC) |

### DECLARATION OF ADAM B. SHAMAH IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD

I, Adam B. Shamah, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

I am a member in good standing of the United States District Court for the Southern District of New York and am associated with the law firm of Latham & Watkins LLP, counsel for Petitioner DXC Technology Company ("DXC") in the above-captioned action. I respectfully submit this declaration in support of DXC's petition to confirm the final arbitration award dated August 15, 2019 in the arbitration captioned *DXC Technology Company v. Hewlett Packard Enterprise Company*, CPR File No. G-18-28-G-AA (the "Award").

1. Attached hereto as Exhibit 1 is a true and correct copy of the Award.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Separation and Distribution Agreement between DXC and Hewlett Packard Enterprise Company ("HPE"), dated as of May 24, 2016, including one schedule to that agreement and amendments to that agreement dated November 2, 2016, December 6, 2016, January 27, 2017, and March 31, 2017.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Dispute Resolution Agreement between DXC and HPE entered into on March 23, 2018.

Executed on this 26 day of August 2019.

Adam. B. Shamah